UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>      Plaintiff,<br><br>v.<br><br>SHAMERAM, INC.,<br><br>      Defendant. | Case No. 5:25-cv-00152-SB-SP<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

     Plaintiff filed his complaint against Defendant Shameram, Inc. on January 17, 2025. On January 23, 2025, Plaintiff served Defendant. *See* Dkt. No. 11. Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than February 21, 2025, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

     The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 21, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: February 14, 2025

                                                                          Stanley Blumenfeld, Jr.
                                                                     United States District Judge